UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　 )<br>Marc Keyser, )<br>　　　　　　Defendant. ) | Case No. 2:08-mj-393 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Marc Keyser_ Case _2:08-mj-393 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　_　_　Release on Personal Recognizance

　　_　_　Bail Posted in the Sum of _____

　　_X_　Unsecured bond in the amount of $25,000, co-signed by defendant's sister and brother-in-law

　　_　_　Appearance Bond with 10% Deposit

　　_　_　Appearance Bond secured by Real Property

　　_　_　Corporate Surety Bail Bond

　　_X_　(Other) Probation conditions/supervision;

Issued at _Sacramento, CA_ on _10/31/08_ at _3:28 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge